# Third District Court of Appeal
## State of Florida

Opinion filed July 13, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1222
Lower Tribunal No. 20-31235 CC
_____

**ASG Operations, LLC,**
Appellant,

vs.

**FSM Office LLC,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Michael G. Barket, Judge.

Keith D. Silverstein, P.A., and Keith D. Silverstein, for appellant.

Greenberg Traurig, P.A., and Jay A. Yagoda and Katherine M. Clemente, for appellee.

Before FERNANDEZ, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.